# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **EILEEN BRITTINGHAM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:24-cv-2236 |
| | ) |
| **MILBANK INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Pursuant to Local Rule 16.2, a scheduling conference was held on September 10, 2024. Present were David S. Farber, counsel for plaintiff, and Matthew B. Rogers, counsel for defendant. Prior to the scheduling conference, on July 11, 2024, the parties conferred in compliance with Federal Rule of Civil Procedure 26(f). The following dates are established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**: September 18, 2024

**MOTIONS TO JOIN PARTIES**: November 4, 2024

**MOTIONS TO AMEND PLEADINGS**: November 4, 2024

**MOTIONS TO DISMISS**: December 3, 2024

**ALTERNATIVE DISPUTE RESOLUTION:**

    (a)    **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** November 27, 2024

        Mediator must file Mediation Certification Form:
        https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

    (b)    **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c):**

        **MEDIATOR'S NAME:** At this time, the Parties have not agreed on a mediator.

**COMPLETING ALL DISCOVERY**: May 28, 2025

54790798 v1

    **(a)**    **DOCUMENT PRODUCTION AND INTERROGATORIES**: April 28, 2025

    **(b)**    **DEPOSITIONS AND REQUESTS FOR ADMISSIONS**: May 28, 2025

    **(c)**    **EXPERT WITNESS DISCLOSURES (Rule 26)**:

        **(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: March 31, 2025

        **(2) DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION**: April 30, 2025

        **(3) EXPERT WITNESS DEPOSITIONS**: May 28, 2025

**MOTIONS TO EXCLUDE EXPERTS/*DAUBERT* MOTIONS:** June 12, 2025

**FILING DISPOSITIVE MOTIONS**: June 27, 2025

Jury Trial is anticipated to last approximately 4 - 5 days.

The parties **do not** consent to trial before the Magistrate Judge.

**OTHER RELEVANT MATTERS**:

    As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek discovery of electronically stored information ("e-discovery"). The parties do not anticipate any issues relating to disclosure or discovery of electronically stored information ("ESI") and have agreed: to take reasonable measures to preserve ESI; to preserve information in accordance with their respective document retention plans; and that ESI will be produced in a form deemed reasonable by the receiving party, including production of documents in PDF form when deemed reasonable by the receiving party, and production of audio recordings in .wav format when deemed reasonable in the eyes of the receiving party.

    Pursuant to agreement of the parties, if privileged or protected information is inadvertently produced, the producing party may, by timely notice, assert the privilege or protection and obtain the return of the materials without waiver.

    Pursuant to Local Rule 16.3(d), within 7 days of completion of ADR, the parties shall file a notice via ECF confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

    Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall, be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

The opposing party must file a response to any opposed motion. Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56, without leave of the court. Pursuant to Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply within 7 days of service of the response, setting forth the reasons why a reply is required.

***This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.***

IT IS SO ORDERED this day 10th of September, 2024.

      s/S. Thomas Anderson
**S. THOMAS ANDERSON**
**UNITED STATES DISTRICT JUDGE**