

Agency Partner: Jack Ray Insurance Agency LLC 1312 E Main St Humboldt, Tennessee 38343-3328 731-784-1431

July 27, 2023

EILEEN BRITTINGHAM
103 GREENBRIAR LN
JACKSON, TN 38305

**Claim Number:** PR-0000000-474846
**Date of Loss:** 03/03/2023
**Insured:** EILEEN BRITTINGHAM
**Policy Number:** 1000645072
**Company:** MILBANK INSURANCE COMPANY
**NAIC:** 41653

Dear Ms. Brittingham:

When there is an accident or occurrence, we have to look at the language of the policy and the facts of the case to find out whether coverage applies. Sometimes a question arises about whether the policy applies to the particular situation.

Our initial investigation confirmed light wind damage to South slope of your roof. You have been indemnified for these damages based on the conditions of your Homeowners Policy. Upon your request, a structural engineer also examined your property for wind damage. Their report states the following:

"No discernible collateral indicators of wind are on the property. The house
has no evidence of severe winds.
• An unknown amount of wind-damaged shingles is beneath the tarp. Removal
of the tarp is necessary to quantify the damage.
• Four wind-damaged shingles (missing laminate teeth) are not covered by a
tarp on the same south slope.
• The wind-damaged shingles are collected on the ground.
• The shingles are inadequately fastened (high nailing and overdriven), which
contributed to their propensity to damage from otherwise non-severe wind
speed.
• Unsealed shingles are not damaged by wind. They are due to age-related
deterioration of the shingles and their seal strips, inadequate initial bond, or
other factors unrelated to wind uplift."

We have carefully reviewed the facts and circumstances of your claim. Unfortunately, we find that your policy does not provide coverage for all or a portion of your claim based on the information available to us at this time. To better understand why, please refer to your Homeowners Policy**,** which states:

**Exhibit 3**

*AGREEMENT*

*We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.*

*\*\*\**

*SECTION I - PROPERTY COVERAGES*

*A. Coverage A - Dwelling*

*1. We cover:*

*a. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and*
*b. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".*

*2. We do not cover land, including land on which the dwelling is located*

*\*\*\**

*SECTION I - PERILS INSURED AGAINST*

*A. Coverage A - Dwelling And Coverage B- Other Structures*

*1. We insure against direct physical loss to property described in Coverages **A** and **B**.*

*2. We do not insure, however, for loss:*
*a. Excluded under Section 1 - Exclusions*

*\*\*\**

*c. Caused by:*

*(6) Any of the following:*

*(a) Wear and tear, marring, deterioration;*
*(b) Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;*

*\*\*\**

*SECTION I - EXCLUSIONS*

*\*\*\**

*B. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not precluded by any other provision in this policy is covered.*

*\*\*\**

*1. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in A . above to produce the loss.*

*\*\*\**

*3. Faulty, inadequate or defective:*
*a. Planning, zoning, development, surveying, siting;*
*b. Design, specifications, workmanship, replace pair, construction, renovation, remodeling, grading, compaction;*
*c. Materials used in repair, construction, renovation or remodeling; or*
*d. Maintenance;*

*of part or all of any property whether on or off the "residence premises".*

\*\*\*

### H. Suit Against Us
*No ac**tion can be brought aga**inst us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.*

\*\*\*

It appears clear the above exclusions and limitations apply to a portion of the facts of your case. Consequently, MILBANK INSURANCE COMPANY cannot provide coverage to you for the wear and tear to your shingles.

It is possible that there are additional reasons why coverage would not apply.  Neither this letter nor any act by any representative of MILBANK INSURANCE COMPANY should be construed to be a waiver of any of the policy terms and conditions.  On the contrary, we specifically reserve our right to rely on the policy language, and to deny coverage for any valid reason that may appear.

If you have any questions, please feel free to contact me.

Sincerely,

Laura Hoppes
CARE Associate Senior
518 E Broad St
Columbus
Phone:     816-400-2328
Fax:
Email:     laura.hoppes@stateauto.com