**Subject:** Re: PR-0000000-474846
**Date:** 2023-08-15T06:30:09.000Z
**From:** William Griffin <william@griffinlossconsultants.com>
**To:** Jessica Tsai <rong.tsai@stateauto.com>, laura.hoppes@stateauto.com
**CC:** Eileen Brittingham <eileenfpt@yahoo.com>

Please see attached demand for payment / appraisal and supporting documentation for your records and pursuant to TCA 56-7-105.

Thanks in advance for your prompt attention to this time sensitive matter.


On Thu, Aug 10, 2023 at 12:10 AM William Griffin <william@griffinlossconsultants.com> wrote:
> Why cant you provide a copy of what was sent to Ms. Brttingham on July 27, 2023, including photographs and the original Hancock report - it's just standard regulation documentation.
>
> However, State Auto was required to produce the requested information to us within fifteen days from May 24, 2023 and we have been patiently waiting for it to nought.
>
> I guess I will proceed as you suggest for remedy.
>
> Thanks as always for your kind attention to your premium paying customers.
>
> Best regards,
>
>
>
> On Wed, Aug 9, 2023, 5:34 PM Jessica Tsai <rong.tsai@stateauto.com> wrote:
>> William,
>>
>> Donan Engineering's report is our work product therefore I am not able to release it to you.
>>
>> I have attached our first inspection report on this email.
>>
>> Let me know if you have any questions
>>
>> Thank you, Jessica
>>
>> **Jessica Tsai**
>> Claims Manager

**Exhibit 4**