**August 15, 2023**

**TRANSMITTAL VIA E-MAIL**
ATN. Laura Hoppes
Meridian Security Insurance Company NAIC# 23353
518 East Broad Street
Columbus, OH 43215
P | 816.400.2328
E | laura.hoppes@stateauto.com

RE:    Insured:    Eileen Brittingham | eileenfpt@yahoo.com
       Address:    103 Greenbriar Lane
                   Jackson, TN 38305
Policy Number:    1000645072
Claim Number:    PR-0000000-478846

Ms. Hoppes:

There is now a dispute regarding the amount of my loss, and governed within the specific language of the appraisal as noted below:

**F. Appraisal**
If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss. Each party will: 1. Pay its own appraiser; and 2. Bear the other expenses of the appraisal and umpire equally.

This shall serve as my formal written demand for appraisal of the amount of my loss included in all coverages. I will designate and notify you of my selection of a competent and impartial Appraiser within the 20 day time frame prescribed by the policy terms above.

Accordingly, once you designate your appraiser, please notify me, and my Public Adjuster of the same.

Sincerely,

Signed by: Eileen Brittingham
*Sent via Public Adjuster of Record*

Cc: w.griffin

**Exhibit 5**