IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF EILEEN FRANCES BRITTINGHAM, DECEASED, BY AND THROUGH JAMES ANDREW BRITTINGHAM, ADMINISTRATOR,<br><br>Plaintiff,<br><br>v.<br><br>MILBANK INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:24-CV-2236 |

## DECLARATION OF JOSEPH DIPIAZZA

I, Joseph Dipiazza, declare and state as follows:

1. I, Joseph Dipiazza, am over the age of twenty-one (21) years. Moreover, I am competent to testify to the matters contained herein and I make this Declaration based upon my personal knowledge.

2. I am presently employed as an E-Discovery Senior Project Manager by the law firm Burr & Forman LLP, who represents Milbank Insurance Company ("Milbank") in the lawsuit styled, *The Estate of Eileen Frances Brittingham, deceased, by and through, James Brittingham, Administrator v. Milbank Insurance Company*, Case No. 1:24-cv-2236, presently pending in the United States District Court for the Western District of Tennessee, Eastern Division ("Brittingham Lawsuit").

3. I have worked for Burr & Forman LLP since 2006 in E-Discovery. Prior to my employment with Burr, I worked for Ricoh from 2004 – 2006 managing the imaging department for Burr & Forman LLP in the Birmingham office.

**Exhibit 7**

4. In my role as E-Discovery Senior Project Manager, I regularly review, evaluate, record, maintain, and access documents and computer files related to lawsuit cases involving Burr & Forman LLP's representation of persons and/or entities in lawsuits throughout the United States, including documents prepared and received in the pre-trial discovery process, documents and materials contained in the various court's records and client file materials.

5. In my role as E-Discovery Senior Project Manager, I regularly utilize, investigate, maintain, and access files related to lawsuit cases involving Burr & Forman LLP's representation of persons and/or entities in lawsuits throughout the United States, including DMS iManage Litigation Software, Snipping Tool app, Microsoft Office including Word, Adobe Acrobat Pro, Nuance Power PDF, Kofax Power PDF, among other computer and information technology software.

6. The information in my Declaration is taken from my analysis and review of the Brittingham Lawsuit court records, specifically the document attached to the Brittingham Lawsuit's Complaint as Exhibit B and identified as D.E. 1-2 at PageID 102 in the Brittingham Lawsuit court's record ("Appraisal Demand"), as well as my own personal knowledge.

7. I was asked by Brian C. Neal and Matthew B. Rogers to review and analyze the digital properties and data embedded in the Appraisal Demand.

8. When viewing the Appraisal Demand in Burr & Forman LLP's Nuance Power PDF software, only one date, August 8, 2023, appears in the top left of the document. Attached hereto as **Exhibit A** is a true and correct copy of the screenshot, using the Snipping Tool app, of what I see when viewing the Appraisal Demand in Nuance Power PDF.

9. When I view the Appraisal Demand in Burr & Forman LLP's DMS iManage Litigation Software's QuickView function, which allows the user to briefly view the document

without opening the document in a separate PDF or Microsoft Office software, the Appraisal Demand reveals two dates, August 8, 2023 in the top left corner of the document and August 7, 2023, which appears in the top, center of the document. Attached hereto as **Exhibit B** is a true and correct copy of the screenshot, using the Snipping Tool app, of what I see when using the Quick View function of Burr & Forman LLP's DMS iManage Litigation Software.

10. Notably, the August 7, 2023 date is not present or visible in the Appraisal Demand and only the August 8, 2023 date is visible in the top left corner.

11. I then reviewed the document properties of the Appraisal Demand in Adobe Acrobat Pro to determine the history of the Appraisal Demand, and to determine whether or not the Appraisal Demand was ever modified.

12. When viewing the document properties of the Appraisal Demand, I see the author of the Appraisal Demand is William Griffin and the Appraisal Demand was created using iLovePDF and iText. Attached hereto as **Exhibit C** is a screenshot of what I see, using Adobe Acrobat Pro, of the Appraisal Demand.

13. I reviewed document properties of the Appraisal Demand in Kofax Power PDF and see can see that William Griffin applied a white out box on August 8, 2023 at 11:03:20 AM. Attached hereto as **Exhibit D** is a screenshot, using the Snipping Tool app, of what I see when using Kofax Power PDF the Appraisal Demand.

14. Additionally, I am unable to determine whether the signature of Eileen Brittingham on the Appraisal Demand was her actual inked signature or digital reproduction. However, I do observe degradation in the quality of the signature of Eileen Brittingham on the Appraisal Demand, which could point to manipulation of some type.

15. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Joseph Dipiazza

Executed on October 17, 2024.