August 8, 2023

**TRANSMITTAL VIA E-MAIL**
ATN. Laura Hoppes
Meridian Security Insurance Company NAIC# 23353
518 East Broad Street
Columbus, OH 43215
P | 816.400.2328
E | laura.hoppes@stateauto.com

| | | |
|---|---|---|
| RE: | Insured: | Eileen Brittingham | eileenfpt@yahoo.com |
| | Address: | 103 Greenbriar Lane |
| | | Jackson, TN 38305 |
| | Policy Number: | 1000645072 |
| | Claim Number: | PR-0000000-478846 |

Ms. Hoppes:

There is now a dispute regarding the amount of my loss, and governed within the specific language of the appraisal as noted below:

**F. Appraisal**
If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an

**Exhibit A**