| Description | Doc. Number | V |
|---|---|---|
| State Auto - Brittingham [01-2] Ex. B - Demand for Appraisal | 54,617,744 | 1  0 |

Quick View - Document: 54617744_1.PDF (State Auto - Brittingham [01-2] Ex. B - Demand for Appraisal)

Case 2:24-cv-02236   Document 1-2   Filed 04/18/24   Page 1 of 37   PageID 102

August 8, 2023

August 7, 2023

**TRANSMITTAL VIA E-MAIL**
ATN. Laura Hoppes
Meridian Security Insurance Company NAIC# 23353
518 East Broad Street
Columbus, OH 43215
P | 816.400.2328
E | laura.hoppes@stateauto.com

RE:   Insured:      Eileen Brittingham | eileenfpt@yahoo.com
      Address:     103 Greenbriar Lane
                   Jackson, TN 38305
Policy Number:    1000645072
Claim Number:     PR-0000000-478846

**Exhibit B**