**From:** Lewis And Linda O'leary <probuil@aol.com>
**Date:** November 30, 2023 at 1:57:58 PM CST
**To:** Craig Betts <3betts@comcast.net>, William Griffin <tn.contractor1@gmail.com>, William Griffin <william@griffinlossconsultants.com>
**Subject: Re: Brittingham appraisal**

**Craig,**

**Thanks for getting back to me on this.  Very recently, a dispute has arisen between William Griffin and me, and as a result, he has essentially removed me from several appraisals.  I have been contacted by appraisers for the carriers because they were told that I have been removed from those appraisals and I have asked repeatedly the basic question to William.  Specifically "What appraisals am I still on?"  He has chosen to not respond and leaves me in a difficult position.  By copying him on this, possibly we can an answer to that.  You seem like a very level-headed guy and as such, I suspect that we can work together, given the opportunity to do so.**

**Best Regards,**

**Lewis**

On Wednesday, November 29, 2023 at 12:28:39 PM EST, Craig Betts <3betts@comcast.net> wrote:

Lewis,

Checking back with you on this one.  Are you agreeable to using one of the umpires that I have sent to you?  I would like to get an umpire in place and move this appraisal forward.

Thanks,

Craig Betts, CPCU
615-809-6591
On 11/14/2023 2:00 PM CST Lewis And Linda O'leary <probuil@aol.com> wrote:

Craig,

I have sent out an RFI to all of your original candidates along with Mr. Dugan.  I have already heard back from two and hope to hear back from the others before the end of the week.

Best Regards,

Lewis O'Leary
ProBuilders
NCGC Lic. #49178
HAAG Engineering CRI, Lic. #200709114 (inactive)

**Exhibit A**

BESI, BEC Level 2, Lic. #NC0164
2054 Kildaire Farm Road, #320
Cary, NC 27518
919-577-0907 (office)
919-552-1665 (fax)
919-219-4099 (cell)
probuil@aol.com
www.insuranceclaimconsulting.com


----- Forwarded Message -----
**From:** Lewis And Linda O'leary <probuil@aol.com>
**To:** Craig Betts <3betts@comcast.net>
**Sent:** Tuesday, November 14, 2023 at 11:51:28 AM EST
**Subject:** Re: Brittingham appraisal

**Craig,**

**Thank you for your patience and reminding me to check out your guys.  I am on it today!**

**Best Regards,**

**Lewis**

On Wednesday, November 8, 2023 at 11:53:52 AM EST, Craig Betts <3betts@comcast.net> wrote:


Lewis,

We need to select an umpire and move this appraisal forward.  Attached is a CV for Matt Dugan.  He was suggested to me by an insured's appraiser on another appraisal.

Thanks,

Craig Betts, CPCU
615-809-6591
On 10/05/2023 12:05 PM CDT Lewis And Linda O'leary <probuil@aol.com> wrote:


**Craig,**

**Thanks for getting back to me on this so quickly.  I offer the following yellow-highlighted thoughts below for your consideration.**

**Best Regards,**

**Lewis O'Leary
ProBuilders**

2

**NCGC Lic. #49178**
**HAAG Engineering CRI, Lic. #200709114 (inactive)**
**BESI, BEC Level 2, Lic. #NC0164**
**2054 Kildaire Farm Road, #320**
**Cary, NC 27518**
**919-577-0907 (office)**
**919-552-1665 (fax)**
**919-219-4099 (cell)**
probuil@aol.com

On Thursday, October 5, 2023 at 10:27:56 AM EDT, Craig Betts <3betts@comcast.net> wrote:

Lewis,

The main concern I have with your suggestion of having a building inspector as an umpire is that while they may be qualified to find structural damage, they are not experienced in estimating the cost of repairs. Determining the amount of the loss is the primary purpose of the appraisal.

Being a 3rd generation contractor myself, I can say that in most jurisdictions, a building inspector can reach out to any of a dozen builders that work in that area, regarding an estimate. Most of them would jump at the chance to do that inspector a favor and work up a realistic estimate. If you have a couple of umpire candidates that, as an umpire, ruled largely with the insured's appraiser, ensure that they will release at least 3 names of those appraisers appointed by the insured. THERE IS NO BETTER WAY TO CHECK THEM OUT THAN THIS.

Another concern that I have is a building inspector is not experienced in the insurance appraisal process.

I have the appraisal agreement forms created over the last 75 years. Consistently, they instruct the panel to scope out the loss The single most important task in appraisal requires someone who has sufficient engineering and construction expertise to determine what is "*caused by or the result of*" wind, regardless of whether the carrier owes for it or not. It goes without saying that when you are dealing with a building that was built in the seventies, it is important to know what repairs will be allowed to be "grandfathered in", versus needed to be brought up to current standards. No one is more capable than Building Inspectors in this regard.

All of the candidates that I submitted are experienced and competent in damage assessment and the insurance appraisal process and they have all been impartial in my experience with them.

I have been involved in the appraisal process, to one degree or another, since November 1969 (the post-Hurricane Camille period). With very few exceptions, if a candidate works for the carriers or is recommended by the carriers, it doesn't matter if it is 10% of the time or 50%, they know that they

3

will receive blowback for coming down against them, even if the evidence is compelling to do so.  All of these guys have more than an occasional tie to the carriers and as such, I have to ask the basic question.  Why would I pick someone who has reason to not give the insured anything more than a "splitting of the baby", when I could pick a candidate who, by reputation, will treat his best friend the same as his worst enemy, when he steps up on the curb?

Here again, present to me at least two candidates who will give me the names of 3 appraisers that were appointed by the insured, where he agreed with the insured's appraiser, while he was an umpire.  I am not locked in on building inspectors but, I want you to present to me candidates that would be equal to or better than building inspectors on damage analysis and the building codes for an older building that is way out of current codes.

Thanks,

Craig Betts, CPCU
615-809-6591


On 10/04/2023 9:06 AM EDT Lewis And Linda O'leary <probuil@aol.com> wrote:


**Craig,**

**Please get back to me on my proposed alternative.**

**Best Regards,**

**Lewis O'Leary
ProBuilders
NCGC Lic. #49178
HAAG Engineering CRI, Lic. #200709114 (inactive)
BESI, BEC Level 2, Lic. #NC0164
2054 Kildaire Farm Road, #320
Cary, NC 27518
919-577-0907 (office)
919-552-1665 (fax)
919-219-4099 (cell)**
probuil@aol.com
http://www.insuranceclaimconsulting.com

----- Forwarded Message -----
**From:** Lewis And Linda O'leary <probuil@aol.com>
**To:** Craig Betts <3betts@comcast.net>
**Sent:** Monday, October 2, 2023 at 12:51:09 PM EDT
**Subject:** Re: Brittingham appraisal

Craig,

I have reached out to these men and will agree that they meet the "competent" standard. Further, I did not pick up on any blatant. However, with only a few exceptions, it is common knowledge that if these guys largely disagree with the carrier's position, there will almost certainly be some amount of blowback from either this carrier or others, "after the word hits the streets" that they did just that.

Since my first hurricane duty after Hurricane Camille (1969), I have found various ways to eliminate candidates that have, at the very least, the appearance of bias. In no particular order, I offer 3 areas of concern.

**1.** Many folks that are arguably at least to some degree, "competent", under scrutiny, none of the ones being proposed to me will debate the forensic level evidence, after I have discredited their engineer.

The one exception to this rule is Jason, who declined the notion of being under consideration for this assignment because he is on the opposite side of me on another case. In other cases, hiding behind the notion that claiming that their expert is a PE and that *he sees nothing in your* (my) *report is convincing enough to change his mind"* is a disservice to the process. **At its core, appraisers are charged with the notion that this is a technical exercise, focusing on the ability to "scope out" covered damages. Reaching an agreement, akin to a compromise is the goal of Mediation or Arbitration.**

**2.** I have asked for 3 references, who served as the appraiser appointed by the insured, where they were the umpire. Many of these guys have served as an umpire many times and yet when asked to provide compelling evidence that they are "even-handed", via 3 appraisers that were appointed by the insured, they hesitate to provide such or provide names that have a regular affiliation with the carriers.

**3.** Lastly, based on my own personal experience as an insurance service provided for years, when someone says that they work for both sides, it is the worst-kept secret that if you agree with the insured's appraiser, when the evidence is compelling to do so, you will likely suffer backlash for doing so. This not only happened to me but has happened to a number of guys that

5

I saw happen to. If they cannot produce 3 insured's representatives, for references, that are routinely representing the insured, then it begs the question, why not?

What I have found is that Chief Building Officials and or Head Building Inspectors for the city, county, or state, as a group, make the ideal umpire candidates, in the vast majority of the cases on all 3 counts.

Building Officials and Head Building Inspectors deal with engineers and or contractors on a daily basis. As such, they are far more competent on both counts. Further, it is rare to find anyone who can easily determine what things need to be modified to meet the building code requirements, or just allow it to fall under the "grandfather" exceptions. This is huge.

It is common for them to get involved in cases where an insight into what it takes to rebuild a structure, built to older codes. I have yet to see an umpire candidate, other than these, who can match the skill set in doing just that. Further, they are not bashful to challenge either side's presentation, if it is questionable on either a forensic or construction level.

Building Officials and Head Building Inspectors are charged with a mandate to treat their best friend the same as a total stranger. They normally will not rise to the level of a CBO or Head Building Inspector unless they have proven that they will avoid letting politics creep into the decision-making process.

If you will entertain the notion of considering a Chief Building Official or a Head Building Inspector, I will secure a copy of the list of TN building inspectors and ask for you to pick 4 names from it, as candidates that you feel are acceptable. I will interview all 4 and select one of those 4, barring any evidence that none are willing to abide by the items set out above.

**If there is a fundamental flaw with this logic, <u>please</u> set it out for me. I am not above changing my mind if there is better logic for the umpire selection.**

Best Regards,


Lewis O'Leary
ProBuilders
NCGC Lic. #49178

6

2054 Kildaire Farm Road, #320
Cary, NC 27518
919-577-0907 (office)
919-552-1665 (fax)
919-219-4099 (cell)
probuil@aol.com


On Wednesday, September 20, 2023 at 03:47:16 PM EDT, Craig Betts <3betts@comcast.net> wrote:


Lewis,

Please see the attached.  Look through it and let me know your thoughts.

Thanks,

Craig Betts, CPCU
615-809-6591
---------- Original Message ----------
From: Craig Betts <3betts@comcast.net>
To: "Probuil@aol.com" <Probuil@aol.com>
Date: 09/19/2023 11:34 AM CDT
Subject: Fwd: Brittingham appraisal


Lewis,

I'm following up with you again as I do not recall receiving a response to my email below.  Have you had a chance to review the list of potential umpires that I sent to you and are you agreeable to selecting one of them?

Thanks,

Craig Betts, CPCU
615-809-6591

---------- Original Message ----------
From: Craig Betts <3betts@comcast.net>
To: "Probuil@aol.com" <Probuil@aol.com>
Date: 09/11/2023 9:05 AM CDT
Subject: Brittingham appraisal


Lewis,

Below is a list of umpires -

Jason Williams, P.E., MSCE, CDT
Phone:  615-426-4180
Email:  jwilliams@structurepoint.com

Ken Abernathy, AIC
Sedgwick Claims Management Services, Inc.

7

Phone:  423-290-6150
Email:  Kenneth.Abernathy@sedgwick.com

Paul Vitolins
Southern Damage Appraisals
Email:  pvitolins@sdatn.com
Phone:  615-207-6453

T. Kyle Green
TKG Claims
Email:  tkgclaims@comcast.net
Phone:  615-427-5953

Please let me know if you are agreeable to using one of the above as the umpire on this appraisal.  Once we agree on an umpire, we can then schedule a time to meet at the insured location for an inspection.

Thanks,

Craig Betts, CPCU
615-809-6591