Subject:
Claim PR-0000000-474846 - Eileen Brittingham

Date:
2024-02-20T22:33:57.000Z

From:
Keith White <keith.white@stateauto.com>

To:
"william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

CC:
"eileenfpt@yahoo.com" <eileenfpt@yahoo.com>, Craig Betts <3betts@comcast.net>, Rong Tsai <rong.tsai@stateauto.com>

William,

Our appraiser, Craig Betts, has not been able to get in touch with your appraiser. I have copied Craig on this email and provided his information below. Please get your appraiser in touch with Craig.

Craig Betts
615-809-6591
3betts@comcast.net

Thanks,

--

**Keith White** | CARE Associate Senior
**State Auto Insurance Companies**
**E** | keith.white@stateauto.com
**P** | 8165342203

*Log in here* to access your claim information whenever you need it




**Exhibit B**