IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**THE ESTATE OF EILEEN FRANCIS BRITTINGHAM, DECEASED, BY AND THROUGH JAMES ANDREW BRITTINGHAM, ADMINISTRATOR,**

    Plaintiff,

v.                                                                                          Case No. 1:24-cv-2236-STA-jay

**MILBANK INSURANCE COMPANY,**

    Defendant.

---

## ORDER OF REFERENCE

---

Before the Court is Defendant's Motion to Compel (ECF No. 37) filed on March 18, 2025. This matter is hereby referred to the United States Magistrate Judge for determination. Any objections to the Magistrate Judge's order shall be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the Magistrate Judge's order will constitute a waiver of that objection. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).

    **IT IS SO ORDERED.**

                                            s /**S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            UNITED STATES DISTRICT JUDGE

                                            Date: March 19, 2025