IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF EILEEN FRANCIS BRITTINGHAM, DECEASED, BY AND THROUGH JAMES ANDREW BRITTINGHAM, ADMINISTRATOR, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 1:24-cv-02236-STA-JAY ) |
| MILBANK INSURANCE COMPANY, | ) ) ) |
| Defendant. | |

## ORDER TO SERVE AND RESPOND TO MOTION FOR ATTORNEYS' FEES

On April 17, 2025, Defendant Milbank Insurance Company's motion to compel third-parties William Griffin ("Griffin") and Griffin Building Consultants LLC ("GBC") to respond to Milbank's Subpoenas for Production of Documents was granted. (Docket Entry ["D.E."] 46). In that Order, Griffin and GBC were ordered to pay Milbank's reasonable attorneys' fees and expenses incurred in preparing and filing its motion to compel. (*Id*.). On May 8, 2025, Milbank submitted a motion for attorneys' fees. (D.E. 47). Milbank served that motion on Plaintiff's counsel via the Court's CM/ECF System and on Griffin and GBC via Certified U.S. Mail. (*See* D.E. 47-5). A few days later, the parties filed a joint motion seeking to extend the deadlines in this matter due to Plaintiff's counsel sustaining physical injury. (D.E. 48). On May 19, 2025, the Court granted the joint motion and extended all deadlines by approximately 120 days. (D.E. 49). The Court noted that the parties did not request an extension of time for any response to Milbank's motion for attorneys' fees, and any "request for extension of time to respond to that motion must

be made to the Magistrate Judge." (*Id*. at 2). No motion to extend the response deadline to Milbank's motion for attorneys' fees has been made.

It is unclear from the record whether Griffin and GBC were served with Milbank's motion for attorney fees and supporting documents.[1] Accordingly, Milbank is ORDERED to serve Griffin and GBC with a copy of its motion for attorneys' fees and supporting documents that were filed on May 8, 2025, as well as a copy of this Order. Milbank shall file a notice providing proof of service upon Griffin and GBC. Griffin and GBC shall have fourteen (14) days to respond to Milbank's motion for attorneys' fees after the motion and this Order are served upon them. Failure to respond to Milbank's motion for attorneys' fees will be good grounds to grant the motion.

IT IS SO ORDERED this 12th day of September, 2025.

s/ Jon A. York
UNITED STATES MAGISTRATE JUDGE

## NOTICE

**IF DESIRED, AN APPEAL OF THIS ORDER TO THE PRESIDING DISTRICT COURT JUDGE MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF A COPY OF THIS ORDER. *SEE* 28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**

---

[1] Milbank has provided proof that it served Griffin and GBC with the Court's April 17, 2025, Order. (D.E. 47-5). The certificate of service Milbank included with its motion for attorney fees does not indicate whether it was served upon Griffin and GBC.