# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| THE ESTATE OF EILEEN FRANCES BRITTINGHAM, DECEASED, BY AND THROUGH JAMES ANDREW BRITTINGHAM, ADMINISTRATOR,<br><br>    **Plaintiff,**<br><br>v.<br><br>**MILBANK INSURANCE COMPANY,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.: 1:24-CV-2236 |

## NOTICE OF FILING PROOF OF SERVICE

Defendant Milbank Insurance Company ("Milbank"), by and through undersigned counsel, pursuant to the Order of this Court (D.E. 52), hereby files proof of service of Milbank's Motion for Attorneys' Fees (D.E. 47) and the Order to Serve and Respond to Motion for Attorneys' Fees (D.E. 52) that have been served on William Griffin and Griffin Building Consultants LLC via U.S. Certified Mail. A copy of the letter and proof of certified mailings are attached hereto as collective **EXHIBIT A**.

                        Respectfully submitted,

                        */s/ Matthew B. Rogers*
                        Brian C. Neal (BPR #022532)
                        Matthew B. Rogers (BPR #038777)
                        BURR & FORMAN LLP
                        222 Second Ave. South, Suite 2000
                        Nashville, TN 37201
                        Telephone: (615) 724-3246
                        Facsimile: (615) 724-3346

                        *Attorneys for Defendant Milbank Insurance*
                        *Company, improperly named in the Complaint as*
                        *State Auto Insurance Companies*

62856402 v1

## CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2025, I served a copy of the foregoing via the Court's CM/ECF system on the following:

David S. Farber (FL BPR 0370230)
THE FARBER LAW FIRM
2199 Ponce de Leon Blvd. Suite 301
Coral Gables, FL 33134
dfarber@dfarberlaw.com
pleadings@dfarberlaw.com

*/s/ Matthew B. Rogers*
