**BURR ·:· FORMAN** LLP
*results matter*

Matthew B. Rogers
mrogers@burr.com
Direct Dial: (615) 724-3225

222 Second Avenue South
Suite 2000
Nashville, TN 37201

*Office* (615) 724-3200
*Fax* (615) 724-3290
*Toll Free* (866) 489-8542

BURR.COM

September 17, 2025

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED,**
**AND VIA FIRST CLASS U.S. MAIL**

Mr. William Griffin
128 Poplar Street
Gadsden, TN 38337

Griffin Building Consultants, LLC
c/o Registered Agent, Lee Eddleman
36 Sandstone Circle, Suite E
Jackson, TN 38305

Re:   *The Estate of Eileen Frances Brittingham, by and through James Andrew Brittingham, Administrator v. Milbank Insurance Company*, USDC-WDTN, Case No.: 1:24-cv-02236

Dear Messrs. Griffin and Eddleman:

As you may know, our firm represents Milbank Insurance Company ("Milbank") in the above-referenced lawsuit. On September 12, 2025, the Court entered an Order (D.E. 52) that involves Mr. William Griffin ("Griffin") and Griffin Building Consultants, LLC ("GBC"). According to the September 12, 2025 Order, Milbank is required to:

> serve Griffin and GBC with a copy of its motion for attorneys' fees and supporting documents that were filed on May 8, 2025, as well as a copy of this Order. Milbank shall file a notice providing proof of service upon Griffin and GBC.

(D.E. 52 at PageID #763.) Accordingly, and pursuant to the Court's September 12, 2025 Order in the above-referenced matter, enclosed please find the following documents:

- Defendant's Motion and Memorandum of Law in Support of its Request for Attorneys' Fees (D.E. 47) (with all related exhibits); and

- Order to Serve and Respond to Motion for Attorneys' Fees (D.E. 52).

If you have any questions or comments, or wish to discuss the matters expressed herein, please do not hesitate to contact my office.

Best regards,

*/s/ M. Rogers/*

Matthew B. Rogers
MBR/ab
Enclosures
cc: David Farber, Esq. (via USPS 1st Class Mail)

62643966 v1       AL • DE • FL • GA • MS • NC • SC • TN

**Exhibit A**


