IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF EILEEN FRANCES BRITTINGHAM, DECEASED, BY AND THROUGH JAMES ANDREW BRITTINGHAM, ADMINISTRATOR, | ) ) ) ) ) |
| Plaintiff, | ) ) Case No.: 1:24-CV-2236 |
| v. | ) ) ) |
| MILBANK INSURANCE COMPANY, | ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION AND MEMORANDUM OF LAW IN SUPPORT OF ITS
REQUEST FOR ATTORNEYS' FEES**

Pursuant to LR 7.2(c) and 54.1 and this Honorable Court's Order (D.E. 46), Defendant Milbank Insurance Company ("Milbank") respectfully submits this Motion for Leave to File a Reply in Support of its Motion and Memorandum of Law in Support of its Request for Attorneys' Fees (D.E. 47) following receipt of Non-Party, William Griffin's Response and Objection filed on Monday, October 2, 2025. (D.E. 56.)

In the proposed Reply, Milbank wishes to address the arguments advanced by solely Mr. William Griffin in his Response in five (5) pages or less. As grounds for its Motion, Milbank avers that its Reply responds to Mr. William Griffin's unavailing arguments and objection concerning: (1) No good cause or explanation has been provided in the Response, (2) untimely subpoena production, (3) Griffin Building Consultants, LLC's failure to file a response or object, (4) Mr. William Griffin's request for the dismissal of Griffin Building Consultants, LLC, and (5) LR 26.1(9) [sic] does not apply to Mr. William Griffin.

63114956 v1

Therefore, Milbank respectfully seeks leave to file the Reply Memorandum in support of its Motion and Memorandum of Law in Support of its Request for Attorneys' Fees attached hereto as **Exhibit 1**.

Respectfully submitted:

/s/ Matthew B. Rogers
Brian C. Neal (BPR #022532)
Matthew B. Rogers (BPR #038777)
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3246
Facsimile: (615) 724-3346

*Attorneys for Defendant Milbank Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2025, I served a copy of the foregoing via the Court's CM/ECF System and/or 1st Class U.S. Mail on the following:

David S. Farber (FL BPR 0370230)
THE FARBER LAW FIRM
2199 Ponce de Leon Blvd. Suite 301
Coral Gables, FL 33134
dfarber@dfarberlaw.com
pleadings@dfarberlaw.com

Griffin Building Consultants, LLC
c/o Registered Agent, Lee Eddleman
36 Sandstone Circle, Suite E
Jackson, TN  38305

Mr. William Griffin
128 Poplar Street
Gadsden, TN 38337

/s/ Matthew B. Rogers