IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF EILEEN FRANCES BRITTINGHAM, DECEASED, BY AND THROUGH JAMES ANDREW BRITTINGHAM, ADMINISTRATOR, <br><br> Plaintiff, <br><br> v. <br><br> MILBANK INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:24-cv-2236-STA-jay |

**ORDER ON STATUS REPORT AS TO SETTLEMENT**

The parties have filed a status report (ECF No. 64) in response to the Court's order. The Court accepts the report and will allow the parties an additional fourteen (14) days in which to finalize the resolution of this matter and file the necessary documents for dismissal.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. Thomas Anderson
United States District Judge

Date: January 22, 2026