IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF EILEEN FRANCES BRITTINGHAM, DECEASED, BY AND THROUGH JAMES ANDREW BRITTINGHAM, ADMINISTRATOR,<br><br>Plaintiff,<br><br>v.<br><br>MILBANK INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:24-CV-2236 |

## SECOND STATUS REPORT

Defendant Milbank Insurance Company ("Milbank") provides this Second Status Report pursuant to this Honorable Court's Order Requiring Status Report as to Settlement (D.E. 63) entered on January 16, 2026. Accordingly, Milbank respectfully advises this Honorable Court:

1. The parties have finalized the terms of the Settlement and Release Agreement; and

2. The Settlement and Release Agreement has been executed.

Therefore, the parties have completed the first step in concluding this matter. The parties are now finalizing the Stipulation of Dismissal under Rule 41 and an Agreed Order of Dismissal with Prejudice, both of which have been drafted by counsel for Defendant and provided via email to counsel for Plaintiff on or about January 22, 2026. Milbank apologizes to this Honorable Court for the length of time it is taking to resolve this matter and would respectfully submit it is making all expeditious efforts to continue concluding. To ensure the Court is fully apprised of matters, counsel for Plaintiff has advised counsel for Milbank that Plaintiff's counsel is set to begin a trial the week of February 9, 2026 and additional minor delay may result in bringing this matter to close.

65565975 v1

Given the parties have a valid Settlement and Release Agreement, the parties possibly expect it will take an additional fourteen days to file their Rule 41 Stipulation of Dismissal if the Court permits.

        Respectfully submitted,

        */s/ Matthew B. Rogers*
        Brian C. Neal (BPR #022532)
        Matthew B. Rogers (BPR #038777)
        BURR & FORMAN LLP
        222 Second Ave. South, Suite 2000
        Nashville, TN 37201
        Telephone: (615) 724-3200
        Facsimile: (615) 724-3290
        bneal@burr.com / mrogers@burr.com

        *Attorneys for Defendant Milbank Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2026, a true and correct copy of the foregoing has been served via the Court's CM/ECF System on the following:

    David S. Farber (FL BPR 0370230)
    THE FARBER LAW FIRM
    2199 Ponce de Leon Blvd. Suite 301
    Coral Gables, FL 33134
    dfarber@dfarberlaw.com
    pleadings@dfarberlaw.com

        */s/ Matthew B. Rogers*